No. 7,659. — J. F. BLENKNER, APPELLANT, *v.* ETHEL JAMES, RESPONDENT.

Decided May 21, 1937.

PER CURIAM.—On motion of respondent it is ordered that the appeal herein be, and the same is hereby, dismissed for failure of appellant to file brief. (See Rule X, subdivision 5, Rules of Supreme Court.)

*Mr. D. L. O'Hern,* for Respondent.

*Mr. George W. Farr,* for Appellant.